UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHERINE RENEE MILLER,

    Plaintiff,                                    Civil Action No. 12-10846

vs.                                              HON. BERNARD A. FRIEDMAN

SANTOKH SANDHU and
JIT PRO TRUCKING,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION**
**FOR LEAVE TO AMEND THE COMPLAINT**

        Plaintiff has filed a motion [docket entry 20] for leave to file an amended complaint, a copy of which is attached to this motion as Exhibit 1.  Good cause having been shown, and the proposed amendment being unopposed, the motion is granted.  Plaintiff may file her amended complaint within seven days of the date of this order.

        SO ORDERED.


Dated: February 20, 2013                s/ Bernard A. Friedman
                                                  BERNARD A. FRIEDMAN
                                                   SENIOR UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of this document was sent to parties of record on February 20, 2013, electronically or by U.S. mail.

                                                   s/ Michael Williams
                                                 Relief Case Manager to the honorable
                                                 Bernard A. Friedman